604

389 A.2d 678

Commonwealth v. Detter, Appellant.

Submitted March 13, 1978. John H. Chronister, Public Defender, for appellant; N. Christopher Menges, Assistant District Attorney, and John C. Uhler, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

HOFFMAN and SPAETH, JJ., dissent based on *Commonwealth v. Riggins,* 474 Pa. 115, 377 A.2d 140 (1977).

389 A.2d 678

Commonwealth v. Dixon, Appellant.

Submitted June 13, 1977. Joyce Ullman, for appellant; William T. Nicholas, District Attorney, for Commonwealth, appellee.

Order affirmed.

SPAETH, J., concurred in the result.

WATKINS, former P. J., did not participate in the consideration or decision of this case.